IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

BRUCE BERNARD ANDERS            §
                                §
            Petitioner,         §
                                §
VS.                             §
                                §      NO. 3-07-CV-1162-N
NATHANIEL QUARTERMAN, Director  §
Texas Department of Criminal Justice,  §
Correctional Institutions Division     §
                                §
            Respondent.         §

## ORDER

After conducting a review of the pleadings, files and records in this case, and the Findings

and Recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. §

636(b)(1), I am of the opinion that the Findings and Recommendation of the Magistrate Judge are

correct, and they are hereby accepted as the Findings of the Court.

SIGNED October 5, 2007.


_____
DAVID C.  GODBEY
UNITED STATES DISTRICT JUDGE